**Order entered June 24, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00321-CR

### HONGOLI PAN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-86330-2012**

## ORDER

The Court **ORDERS** Claudia Webb, official court reporter of the County Court at Law No. 4, to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing State's Exhibit no. 2, a DVD.

/s/      CAROLYN WRIGHT
          CHIEF JUSTICE